# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ARIANE D. GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:20-cv-02305-TLP-atc |
| v. ) | |
| ) | JURY DEMAND |
| BLUES CITY BREWERY, LLC, a Domestic ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on April 22, 2020. (ECF No. 1.) The Court has now conducted a trial by jury and the jury duly rendered its verdicts on August 25, 2022. (ECF Nos. 97 and 98.)

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdicts: a Judgment is entered against Blues City Brewery in the amount of $14,478.80 in back pay, $25,521.20 in compensatory damages for emotional pain and suffering, and $200,000.00 in punitive damages, for a total Judgment in the amount of $240,000.00.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 26, 2022
Date